UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | Case No. 3:13-mc-15<br>Consolidated Case No. 3:13-mc-16 |
| -vs- | Judge Timothy S. Black<br>Magistrate Judge Michael R. Merz |
| DAVID W. BARKER, M.D., *et al.*,<br>    Respondents. | |

---

### JUDGMENT IN A CIVIL CASE

---

[ ]  **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ x ]  **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Reports and Recommendations of the Magistrate Judge (Docs. 19, 23 in 3:13-mc-15; Docs. 13, 16 in 3:13-mc-16) are **ADOPTED**; that Respondent Barker's Objection (Doc. 20 in 3:13-mc-15) is **OVERRULED**; that Respondents Barker and Yosowitz are **ENJOINED** from any further violations of Rule 32.1(k); that the Orders to Show Cause are **DISSOLVED**; and this case is **DISMISSED** on the docket of the Court.

Date: April 7, 2014                              **JOHN P. HEHMAN, CLERK**

                                                              By: *s/ M. Rogers*
                                                              Deputy Clerk